**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1690**

FRANK S. KULA,

        Plaintiff - Appellant,

    v.

THE STATE OF WEST VIRGINIA DEPARTMENT OF TRANSPORTATION
MOTOR VEHICLE ADMINISTRATORS,

        Defendant - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:11-cv-00034-JPB)

Submitted:  November 17, 2011      Decided:  November 22, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank S. Kula, Appellant Pro Se.  Jason Patrick Foster, STEPTOE
& JOHNSON, LLP, Martinsburg, West Virginia; Janet Elizabeth
James, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA,
Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank S. Kula appeals the district court's order denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Kula's motion for a transcript at government expense and affirm for the reasons stated by the district court. <u>Kula v. West Virginia</u>, No. 3:11-cv-00034-JPB (June 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>